JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Sandra J. Williams et al | CASE NUMBER: |
| --- | --- |
| PLAINTIFF | 5:21-cv-01346-SPG-SHK |
| v. | |
| Ford Motor Company | JUDGMENT |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on November 10, 2022 as docket number 28 (the "Offer of Judgment"), judgment is hereby entered for

Plaintiffs

and against

Defendant

according to the terms set forth in the Offer of Judgment.

Date: November 17, 2022        By: _____
                                   Hon. Sherilyn Peace Garnett

CV-140 (02/21)                    JUDGMENT